# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

SMITH, et al.

      Plaintiff(s)

vs.                                    Case Number:   4:09-cv-810

ARROW TRUCKING, et al.
      Defendant(s)

### REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name:  Maura E. McKenna

2. State bar membership number:  202940

3. Business address, telephone and fax numbers:  Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400, Philadelphia, PA 19103  215-568-6060/215-568-6603 FAX

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
PA Eastern District, 3rd Circuit Court of Appeals and District of Colorado

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes   ☒ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes   ☒ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☒ Yes   ☐ No

Signature: _[signature]_

Printed Name: Maura E. McKenna        Bar Number: 202940

Firm Name: Klehr Harrison Harvey Branzburg LLP

Address: 1835 Market Street - Suite 1400

City: Philadelphia     State: PA     ZIP: 19103

Phone: 215-568-6060     Fax: 215-568-6603

Email Address: MMCKENNA@klehr.com