IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY SMITH, TIMOTHY KLECK, and JAY HEATH, individually and as Class Representatives,<br><br>Plaintiffs,<br><br>v.<br><br>ARROW TRUCKING CO. and DOUGLAS PIELSTICKER,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 09-CV-810-TCK-PJC<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Jeffrey Smith, Timothy Kleck and Jay Heath, individually and as Class Representatives, dismiss the claims against Defendants, Arrow Trucking Co. and Douglas Pielsticker, without prejudice to its refiling.

   s/Kevin R. Donelson
Kevin R. Donelson, OBA No. 12647
FELLERS, SNIDER, BLANKENSHIP,
    BAILEY & TIPPENS, P.C.
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102-8820
Telephone:  (405) 232-0621
Facsimile:   (405) 232-9659
Email:       kdonelson@fellerssnider.com

-and-

2

        Charles A. Ercole, Esq.
        Klehr, Harrison, Harvey & Branzburg LLP
        1835 Market Street, Suite 1400
        Philadelphia, PA 19103
        Telephone:   (215) 569-4283
        Facsimile:    (215) 568-6603
        Email:        cercole@klehr.com

        ***Attorneys for Plaintiffs***

536095.1/74533